No. 05–290. ROCKEFELLER v. LEAVITT, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 05–5979. HILLBERRY v. WAL-MART STORES EAST, L. P.; and HILLBERRY v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY. C. A. 6th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 05–6091. LOREN v. LEVY ET AL. C. A. 2d Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 05–6166. BREEST v. CATTELL, WARDEN. Sup. Ct. N. H. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 04–9068. WOODARD v. SUNDSTRAND CORP., 544 U. S. 1045. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

NOVEMBER 2, 2005

No. 04–607. LABORATORY CORPORATION OF AMERICA HOLDINGS, DBA LABCORP v. METABOLITE LABORATORIES, INC., ET AL. C. A. Fed. Cir. Having been advised by THE CHIEF JUSTICE that he now realizes that he should have recused himself from participation in this case, and does now recuse himself, the Court vacates its order of Monday, October 31, 2005 [ante, p. 975]. The Court has reconsidered the petition for writ of certiorari, which is granted limited to Question 3 as presented by the petition. THE CHIEF JUSTICE has not participated in the vote to withdraw the order of October 31, 2005, or in the instant reconsideration of the petition for writ of certiorari.